**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Los Angeles DIVISION**

In re: SANOHO DEVELOPMENT, LLC            §        Case No. 2:14-bk-25908-BB
                                          §
                                          §
                                          §
            Debtor(s)

---

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Wesley H. Avery, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $609,200.00 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distributions to Claimants: $5,509,271.27 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $770,880.49 | |

3) Total gross receipts of $6,280,151.76 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $6,280,151.76 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $6,230,492.96 | $5,745,565.35 | $5,501,321.98 | $5,501,321.98 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,117,573.30 | $770,880.49 | $770,880.49 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $110,975.82 | $8,650.70 | $8,650.70 | $7,949.29 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $193,292.00 | $55,033.13 | $7,391.94 | $0.00 |
| **TOTAL DISBURSEMENTS** | $6,534,760.78 | $6,926,822.48 | $6,288,245.11 | $6,280,151.76 |

4) This case was originally filed under chapter 11 on 08/19/2014, and it was converted to chapter 7 on 10/17/2014.  The case was pending for 46 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    09/04/2018                    By: /s/ Wesley H. Avery
                                                              Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Tax Refund | 1224-000 | $3,720.72 |
| Condos (14 Units): 11312 Huston St, N. Hollywood, CA 91601 | 1110-000 | $6,276,012.44 |
| Deposit with Gas Company | 1229-000 | $418.60 |
| **TOTAL GROSS RECEIPTS** | | **$6,280,151.76** |

*[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2-1 | LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9-1 | Symphony Asset Pool XXIII, LLCc/o Andrew J. Haley, Esq. Greenwald, Pauly & Miller, P.C. | 4110-000 | $5,010,492.96 | $5,364,239.35 | $5,314,140.94 | $5,314,140.94 |
| 10-1 | Alona Harris c/o L. Richard Walton, Esq. Walton & Walton, LLP | 4110-000 | $220,000.00 | $381,326.00 | $187,181.04 | $187,181.04 |
| N/F | Richard Hart | 4110-000 | $1,000,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$6,230,492.96** | **$5,745,565.35** | **$5,501,321.98** | **$5,501,321.98** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Wesley Avery | 2100-000 | NA | $132,284.09 | $132,284.09 | $132,284.09 |
| Trustee, Expenses - Wesley Avery | 2200-000 | NA | $254.13 | $254.13 | $254.13 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Bond Payments - INTERNATIONAL SURETIES | 2300-000 | NA | $46.30 | $46.30 | $46.30 |
| Costs re Sale of Property - Better Escrow Service | 2500-000 | NA | $1,025.00 | $1,025.00 | $1,025.00 |
| Costs re Sale of Property - Caliber Escrow, Inc | 2500-000 | NA | $10,905.37 | $10,905.37 | $10,905.37 |
| Costs re Sale of Property - M Rambaut | 2500-000 | NA | $150.00 | $150.00 | $150.00 |
| Costs re Sale of Property - Rents | 2500-000 | NA | $6,990.40 | $6,990.40 | $6,990.40 |
| Costs re Sale of Property - Security Deposits | 2500-000 | NA | $20,350.00 | $20,350.00 | $20,350.00 |
| Costs re Sale of Property - Ticor Title Company | 2500-000 | NA | $6,072.50 | $6,072.50 | $6,072.50 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $1,345.59 | $1,345.59 | $1,345.59 |
| Other State or Local Taxes (post-petition) - Government Recording and Transfer Charges | 2820-000 | NA | $35,002.80 | $35,002.80 | $35,002.80 |
| Other State or Local Taxes (post-petition) - Los Angeles County | 2820-000 | NA | $52,773.61 | $52,773.61 | $52,773.61 |
| Other State or Local Taxes (post-petition) - Property Tax | 2820-000 | NA | $2,730.97 | $2,730.97 | $2,730.97 |
| Other State or Local Taxes (post-petition) - FRANCHISE TAX BOARD | 2820-000 | NA | $2,698.29 | $2,698.29 | $2,698.29 |
| Attorney for Trustee Fees (Other Firm) - LAW OFFICES OF ROBERT ARONSON | 3210-000 | NA | $408,710.49 | $166,388.27 | $166,388.27 |
| Attorney for Trustee Expenses (Other Firm)  - LAW OFFICES OF ROBERT ARONSON | 3220-000 | NA | $4,049.88 | $4,049.88 | $4,049.88 |
| Accountant for Trustee Fees (Other Firm) - MENCHACA & COMPANY | 3410-000 | NA | $26,425.00 | $19,515.63 | $19,515.63 |
| Accountant for Trustee Expenses (Other Firm) - MENCHACA & COMPANY | 3420-000 | NA | $61.75 | $61.75 | $61.75 |
| Realtor for Trustee Fees (Real Estate Commissions) - Marcus & Millichap | 3510-000 | NA | $250,004.00 | $250,004.00 | $250,004.00 |

| | | | | | |
|---|---|---|---|---|---|
| Consultant for Trustee Fees - Jeffrey L. Sumpter | 3731-000 | NA | $155,182.00 | $57,720.78 | $57,720.78 |
| Consultant for Trustee Expenses - Jeffrey L. Sumpter | 3732-000 | NA | $161.13 | $161.13 | $161.13 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$1,117,573.30** | **$770,880.49** | **$770,880.49** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5P-1 | City of Los Angeles Office of FinanceLos Angeles City Attorney's Office Attn: Wendy Loo | 5800-000 | $0.00 | $1,225.70 | $1,225.70 | $1,126.32 |
| 6P-1 | Kevin and Loredana Cardwell | 5600-000 | $0.00 | $2,775.00 | $2,775.00 | $2,550.00 |
| 11-1 | FRANK & NICOLE TORTORICI | 5600-000 | $2,500.00 | $2,500.00 | $2,500.00 | $2,297.30 |
| 12-1 | DOUG VANNI & MAX ELI | 5600-000 | $2,150.00 | $2,150.00 | $2,150.00 | $1,975.67 |
| N/F | BRYAN DIAZ LAW, A.P.C. | 5700-000 | $52,000.00 | NA | NA | NA |
| N/F | Los Angeles Recorder's Office | 5800-000 | $54,325.82 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$110,975.82** | **$8,650.70** | **$8,650.70** | **$7,949.29** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-2 | Internal Revenue Service | 7100-000 | $0.00 | $958.22 | $958.22 | $0.00 |
| 3-1 | Tre Elevator | 7100-000 | $4,202.00 | $2,500.00 | $2,500.00 | $0.00 |
| 4-1 | FRANCHISE TAX BOARD | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5U-1 | City of Los Angeles Office of FinanceLos Angeles City Attorney's Office Attn: Wendy Loo | 7100-000 | NA | $461.24 | $461.24 | $0.00 |
| 6U-1 | Kevin and Loredana Cardwell | 7100-000 | $5,990.00 | $3,215.00 | $3,215.00 | $0.00 |
| 7-1 | BellSouth Telecommunications, Inc.% AT&T Services, IncKaren Cavagnaro, Paralegal | 7100-000 | $0.00 | $257.48 | $257.48 | $0.00 |
| 8-2 | Ethan Teitler c/o Law Offices of Frerick H. Stern | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13-1 | MGA Electric CorporationTrust Electric | 7100-000 | $30,000.00 | $47,641.19 | $0.00 | $0.00 |
| N/F | Athena Sterig | 7100-000 | $650.00 | NA | NA | NA |
| N/F | Blake & Bryan Izabel | 7100-000 | $2,450.00 | NA | NA | NA |
| N/F | Greenwald Pauly & Miller | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Kay Bechwith | 7100-000 | $150,000.00 | NA | NA | NA |
| N/F | Lynn Metrow | 7100-000 | NA | NA | NA | NA |
| N/F | Randy Lee | 7100-000 | NA | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Superior Court of Los Angeles North Central District | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$193,292.00** | **$55,033.13** | **$7,391.94** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 1

**Case No.:** 2:14-bk-25908-BB

**Case Name:** SANOHO DEVELOPMENT, LLC

**For Period Ending:** 09/04/2018

**Trustee Name:** (001270) Wesley H. Avery

**Date Filed (f) or Converted (c):** 10/17/2014 (c)

**§ 341(a) Meeting Date:** 11/19/2014

**Claims Bar Date:** 02/17/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Condos (14 Units): 11312 Huston St, N. Hollywood, CA 91601 | 6,100,000.00 | 1,010,000.00 | | 6,276,012.44 | FA |
| 2 | Investment Property: 28224 N. Matador Place, Santa Clarita, CA 91390 (10 percent interest) Owed $961,000 to SLS Servicing. (u) | 603,000.00 | 242,507.04 | | 0.00 | FA |
| 3 | Deposit with Gas Company (u) | 0.00 | 0.00 | | 418.60 | FA |
| 4 | Checking Account - Wells Fargo Bank | 200.00 | 200.00 | | 0.00 | FA |
| 5 | Staging furniture including beds, sofa, tables | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 6 | Tax Refund (u) | 0.00 | 0.00 | | 3,720.72 | FA |
| 7 | VOID (DUPLICATE) (u) | 0.00 | 0.00 | | 0.00 | FA |
| 7 | **Assets Totals (Excluding unknown values)** | **$6,709,200.00** | **$1,258,707.04** | | **$6,280,151.76** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page:  2

| | |
|---|---|
| Case No.:   2:14-bk-25908-BB | Trustee Name:   (001270) Wesley H. Avery |
| Case Name:   SANOHO DEVELOPMENT, LLC | Date Filed (f) or Converted (c):   10/17/2014 (c) |
| | § 341(a) Meeting Date:   11/19/2014 |
| For Period Ending:   09/04/2018 | Claims Bar Date:   02/17/2015 |

**Major Activities Affecting Case Closing:**

REPORTING PERIOD AS OF JUNE 30, 2019

All checks cleared.  TDR submitted on 9/4/2018.

Check #114 had not cleared.  Upon contacting the claimant, trustee was notified that claimant's address had changed.  Accordingly. trustee issued a stop payment on check #114 on 7/3/2018, and re-issued the check to the claimant on 7/5/2018.

REPORTING PERIOD AS OF JUNE 30, 2018

The Franchise Tax Board notified the Trustee that they would be sending tax refund payments; the payments were received and deposited into the bankruptcy estate on 1/23/2018.  TFR submitted on 1/23/2018.  Hearing set for April 4, 2018 at 2:00pm in Courtroom 1539.  TFR granted; order lodged (LOU 5362571).

In order to make a distribution to creditors, trustee and professionals voluntarily agreed to reduce their fees as follows:
-Trustee (Wesley H. Avery): Voluntarily reduced compensation from $211,548.19 to $132,284.09; no interim distribution was paid.
-Trustee's Counsel (Robert Aronson): Voluntarily reduced fees from $408,710.49 to $166,388.27; already paid interim distribution in the amount of $90,944.47, leaving a balance to be paid of $75,443.80.
-Trustee's Consultant (CBIZ): Voluntarily reduced fees from $155,182.00 to $57,720.78; already paid interim distribution in the amount of $20,000.00, leaving a balance to be paid of $37,720.78.
-Trustee's Accountant (Menchaca & Company): Voluntarily reduced fees from $26,425.00 to $19,515.63; already paid interim distribution in the amount of $8,000.00, leaving a balance to be paid of $11,515.63.

AGED CASE SUMMARY AS OF SEPTEMBER 30, 2017

The tax returns were received and filed on 8/30/2017.  Hearing on motion to disallow claims is set for 11/15/2017.  Upon the court's ruling, the trustee will submit the final report.

REPORTING PERIOD AS OF JUNE 30, 2017

All assets have been administered. Trustee has requested the estate tax return from the accountant. Once the tax return is received and filed, the trustee will start closing preparation for this case.

This case involved, among other things, two substantial pieces of litigation. The first was with secured creditor Symphony, which was a claims objection. That matter was resolved by way of a court approved settlement in October 2015. The other was a trial on the trustee's complaint for fraudulent transfer, usury and other claims against secured creditor Alona Harris. The trustee prevailed on some claims and not on others, but in the end reduced the Harris claim from $381,000 to $187,000 pursuant to an order issued by the court on April 28, 2017. The creditor has been paid this sum. All related appeals have been dismissed.

10/29/2016: Motion RE: Objection to Claim Number 8 by Claimant Ethan Teitler, President, ETZ Construction, Inc.. Filed by Creditor Alona Harris (Attachments: # (1) Notice of Motion & Motion on Objection to Proof of Claim Number 8 # (2) Declaration of L. Richard Walton I/S/O Objection to Proof of Claim No. 8 # (3) Request for Judicial Notice I/S/O Objection to Proof of Claim No. 8 # (4) Proposed Order on Objection to Proof of Claim No. 8) (Walton, Lewis)

10/29/2016: Objection to Claim #8 by Claimant Ethan Teitler, President, ETZ Construction, Inc. in the amount of $ 800,000 Filed by Creditor Alona Harris. (Attachments: # (1) Notice of Objection to Claim (F 3007-1.1.NOTICE.OBJ.CLAIM) # (2) Declaration of L. Richard Walton I/S/O Objection to Proof of Claim No. 8 # (3) Request for Judicial Notice I/S/O Objection to Proof of Claim No. 8 # (4) Proposed Order on Objection to Proof of Claim No. 8) (Walton, Lewis)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 3

**Case No.:**   2:14-bk-25908-BB

**Case Name:**   SANOHO DEVELOPMENT, LLC

**For Period Ending:**   09/04/2018

**Trustee Name:**   (001270) Wesley H. Avery

**Date Filed (f) or Converted (c):**   10/17/2014 (c)

**§ 341(a) Meeting Date:**   11/19/2014

**Claims Bar Date:**   02/17/2015

REPORTING PERIOD AS OF JUNE 30, 2016

The only remaining litigation is against former second trust deed holder Alona Harris. The estate has sued Ms. Harris on a number of claims for relief, including avoidance of fraudulent transfer, declaratory relief challenging the validity of the Harris loan documents, usury, objection to claim and surcharge of the Harris loan documents. Harris has also counterclaimed against the trustee for reformation, fraud and other claims, which counterclaims were dismissed by the bankruptcy court. The District Court upheld this dismissal on appeal, and the matter has now been appealed by Harris to the 9th Circuit.

A Joint Pre-Trial Order is due on August 2, 2016, with the Pre-Trial Conference to be held on August 16, 2016. The Joint Pre-Trial Order is now being prepared. Trial on this matter should occur between late October and December. Appellate briefing is as follows – Appellant (Harris) Brief due 9/19/16. Respondent Brief due 10/19/16.

Also working with our expert Jeff Sumpter regarding his expert report in support of trial. Also witness preparation as we head to trial. Trial should be completed by year end. Then will come the trustee's final accounting.

REPORTING PERIOD AS OF JUNE 30, 2015

Status:

Trustee's counsel concluded a highly contested and difficult sale of the subject property in December 2014. The sale yielded over $700,000 for the estate, which is now the subject of two litigation matters. Anticipated completion of legal work depends on the ability to resolve the two matters. There are two pending litigation matters:

(1) Claim objection against the first trust deed holder, Symphony Asset Pool XXIII, LLC on the issue of Symphony's actual damages. The parties attended an unsuccessful mediation on 7/28/2015.  The objection is now set for an evidentiary hearing on August 18, 2015.

(2) Adversary proceeding filed against second trust deed holder Alona Harris. A hearing on Harris' second motion to dismiss is set for August 25, 2015.

GENERAL

Real property equity.

PROFESSIONALS

-Order Granting Application to Employ Robert M. Aronson APC as the Trustee's Counsel (BNC-PDF) (Related Doc # [74]) Signed on 12/2/2014. (Kaaumoana, William)

-Order Granting Application to Employ JOHN J MENCHACA (BNC-PDF) (Related Doc # [68]) Signed on 12/11/2014. (Kaaumoana, William)

-Order Granting Application to Employ CBIZ Valuation Group, LLC as Financial Advisors, approved as of 12/23/14; (BNC-PDF) (Related Doc # [115]) Signed on 3/20/2015. (Jackson, Wendy Ann)

INSURANCE

Mercury Ins CCP0044680  866-961-4570

Accord  CCP0044880  818-938-2604

TAX RETURNS

Tax return requested from accountant Menchaca on 6/20/2017.  Tax return filed on 8/30/2017.

CLAIMS STATUS

Claims Bar Date is 2/17/2015. Trustee has reviewed claims and objected as needed.

-Docket 251 (10/29/2016): Objection to Claim #8 by Claimant Ethan Teitler, President, ETZ Consstruction, Inc. in the amount of $ 800,000 Filed by Creditor Alona Harris.

-Docket 271 (10/10/2017): Motion to Disallow Claims of Trust Electric (claim #13) Filed by Trustee Wesley H Avery (TR) (Aronson, Robert)

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 4

**Case No.:**  2:14-bk-25908-BB

**Case Name:**  SANOHO DEVELOPMENT, LLC

**Trustee Name:**  (001270) Wesley H. Avery

**Date Filed (f) or Converted (c):**  10/17/2014 (c)

**§ 341(a) Meeting Date:**  11/19/2014

**For Period Ending:**  09/04/2018

**Claims Bar Date:**  02/17/2015

CLOSING
Request for court costs and Notice to Professionals filed on 9/8/2017.  Notice to Pay Court Costs Due Sent
To: Wesley Avery, Chapter 7 Trustee, Total Amount Due $350.00.

INITIAL ETFR: 12/31/2016

NEW ETFR (AS OF 6/30/2016): 12/31/2017

**Initial Projected Date Of Final Report (TFR):**  12/31/2016    **Current Projected Date Of Final Report (TFR):**    02/22/2018 (Actual)

**Form 2**

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 2:14-bk-25908-BB |
| **Case Name:** | SANOHO DEVELOPMENT, LLC |
| **Taxpayer ID #:** | **-***1143 |
| **For Period Ending:** | 09/04/2018 |

| | |
|---|---|
| **Trustee Name:** | Wesley H. Avery (001270) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******2966 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/27/15 | {3} | SoCalGas | Return of deposit from gas company | 1229-000 | 418.60 | | 418.60 |
| 04/27/15 | {1} | Legacy Realty Capital Inc | Remaining funds from the receivership estate | 1110-000 | 25,912.44 | | 26,331.04 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 26,321.04 |
| 05/27/15 | {6} | State of California | State Tax Refund for Tax Year 2011 | 1224-000 | 175.35 | | 26,496.39 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.59 | 26,459.80 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.59 | 26,419.21 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.26 | 26,379.95 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 36.67 | 26,343.28 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 40.41 | 26,302.87 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 37.83 | 26,265.04 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 36.51 | 26,228.53 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 41.50 | 26,187.03 |
| 01/19/16 | 101 | INTERNATIONAL SURETIES | Bond #016030866 (Term 1/4/2016-1/4/2017) | 2300-000 | | 20.42 | 26,166.61 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 36.31 | 26,130.30 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 36.22 | 26,094.08 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 41.17 | 26,052.91 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 36.12 | 26,016.79 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 36.07 | 25,980.72 |
| 06/22/16 | 102 | INTERNATIONAL SURETIES | Bond #016030866 (Bond Increase effective 06/06/2016) | 2300-000 | | 4.53 | 25,976.19 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 40.99 | 25,935.20 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.96 | 25,899.24 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 40.86 | 25,858.38 |

| | | | Page Subtotals: | | $26,506.39 | $648.01 | |

{} Asset Reference(s)  UST Form 101-7-TDR ( 10 /1/2010)  ! - transaction has not been cleared

# Form 2

Exhibit 9
Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 2:14-bk-25908-BB | |
| **Case Name:** | SANOHO DEVELOPMENT, LLC | |
| **Taxpayer ID #:** | **-***1143 | |
| **For Period Ending:** | 09/04/2018 | |

| | |
|---|---|
| **Trustee Name:** | Wesley H. Avery (001270) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******2966 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 37.08 | 25,821.30 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.80 | 25,785.50 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 39.45 | 25,746.05 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 36.93 | 25,709.12 |
| 01/24/17 | 103 | INTERNATIONAL SURETIES | Bond Disbursement - Term 1/4/2017 to 1/4/2018 | 2300-000 | | 21.35 | 25,687.77 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 39.43 | 25,648.34 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 34.43 | 25,613.91 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 38.06 | 25,575.85 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 34.33 | 25,541.52 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 40.40 | 25,501.12 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 36.67 | 25,464.45 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.40 | 25,429.05 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 40.23 | 25,388.82 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.29 | 25,353.53 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 38.89 | 25,314.64 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 36.41 | 25,278.23 |
| 12/14/17 | | Better Escrow Service | Net Proceeds re Sale of Property located at 11312 Huston Street, North Hollywood, CA 91601 | | 243,828.90 | | 269,107.13 |
| | {1} | Caliber Escrow Inc | Gross Proceeds re Sale of Property located at 11312 Huston Street, North Hollywood, CA 91601<br><br>$6,250,100.00 | 1110-000 | | | 269,107.13 |
| | | Symphony Asset Pool XXIII, LLC | Payoff 1st Deed of Trust - Amount Pursuant to Court Order (Docket 117 - 12/23/2014)<br><br>-$5,154,140.94 | 4110-000 | | | 269,107.13 |
| | | LAW OFFICES OF ROBERT ARONSON | Interim Attorney Fee | 3210-000 | | | 269,107.13 |
| | | | **Page Subtotals:** | | **$243,828.90** | **$580.15** | |

{} Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 2:14-bk-25908-BB | | Trustee Name: | Wesley H. Avery (001270) |
|---|---|---|---|---|
| Case Name: | SANOHO DEVELOPMENT, LLC | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1143 | | Account #: | ******2966 Checking Account |
| For Period Ending: | 09/04/2018 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | -$90,944.47 | | | | |
| | | MENCHACA & COMPANY | Interim Accountant Fee -$8,000.00 | 3410-000 | | | 269,107.13 |
| | | Jeffrey L. Sumpter | Interim Consultant Fee -$20,000.00 | 3731-000 | | | 269,107.13 |
| | | Symphony Asset Pool XXIII, LLC | Lien Payoff - Amount Pursuant to Settlement Agreement (Docket 193 - 10/5/2015) and Order Thereon (Docket 199 - 10/30/2015) -$160,000.00 | 4110-000 | | | 269,107.13 |
| | | Alona Harris c/o Walton & Walton, LLP | Lien Payoff - Amount Pursuant to Court Award in 2:15-ap-01050-BB (Docket 216 - 4/28/2017) -$187,181.04 | 4110-000 | | | 269,107.13 |
| | | Los Angeles County | Property Tax - 1st Half 2014/2015 and Delinquent -$52,773.61 | 2820-000 | | | 269,107.13 |
| | | Security Deposits | For Units #1,2,3,4,5,6,7,8,9,10,11 -$20,350.00 | 2500-000 | | | 269,107.13 |
| | | Rents | Rents for 1/23/2015 to 2/1/2015 for Units #1,2,4,5,6,7,8,9,10,11,13 -$6,990.40 | 2500-000 | | | 269,107.13 |
| | | Property Tax | For 1/1/2015 - 1/23/2015 -$2,730.97 | 2820-000 | | | 269,107.13 |
| | | Marcus & Millichap | Broker Commission -$250,004.00 | 3510-000 | | | 269,107.13 |
| | | Caliber Escrow, Inc | Escrow Fees -$15,875.00 | 2500-000 | | | 269,107.13 |
| | | Caliber Escrow, Inc | Document Preparation -$100.00 | 2500-000 | | | 269,107.13 |
| | | Ticor Title Company | Title Insurance -$5,900.00 | 2500-000 | | | 269,107.13 |
| | | Ticor Title Company | Sub-Escrow Fee -$22.50 | 2500-000 | | | 269,107.13 |
| | | Caliber Escrow, Inc | Wire/Express -$100.00 | 2500-000 | | | 269,107.13 |
| | | Caliber Escrow, Inc | Administration Fee -$100.00 | 2500-000 | | | 269,107.13 |
| | | | **Page Subtotals:** | | $0.00 | $0.00 | |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                           ! - transaction has not been cleared

# Form 2

Exhibit 9
Page: 4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 2:14-bk-25908-BB | |
| **Case Name:** | SANOHO DEVELOPMENT, LLC | |
| **Taxpayer ID #:** | **-***1143 | |
| **For Period Ending:** | 09/04/2018 | |

| | |
|---|---|
| **Trustee Name:** | Wesley H. Avery (001270) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******2966 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Caliber Escrow, Inc | Audit Fee <br> -$75.00 | 2500-000 | | | 269,107.13 |
| | | Caliber Escrow, Inc | Demand Fee <br> -$60.00 | 2500-000 | | | 269,107.13 |
| | | Caliber Escrow, Inc | Escrow Fee Coupon Credit <br> $5,500.00 | 2500-000 | | | 269,107.13 |
| | | Caliber Escrow, Inc | Courier/Overnight <br> -$95.37 | 2500-000 | | | 269,107.13 |
| | | Government Recording and Transfer Charges | City / County Tax / Stamps <br> -$35,002.80 | 2820-000 | | | 269,107.13 |
| | | Ticor Title Company | Four (4) Release Recordings <br> -$150.00 | 2500-000 | | | 269,107.13 |
| | | M Rambaut | Traveling Notary Fee <br> -$150.00 | 2500-000 | | | 269,107.13 |
| | | Better Escrow Service | Escrow Fee <br> -$500.00 | 2500-000 | | | 269,107.13 |
| | | Better Escrow Service | Additional Escrow Fee <br> -$500.00 | 2500-000 | | | 269,107.13 |
| | | Better Escrow Service | Banking/Wiring Fees <br> -$25.00 | 2500-000 | | | 269,107.13 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 163.73 | 268,943.40 |
| 01/23/18 | {6} | Franchise Tax Board | State Tax Refund for Tax Year 2015 | 1224-000 | 2,998.00 | | 271,941.40 |
| 01/23/18 | {6} | Franchise Tax Board | State Tax Refund for Tax Year 2013 | 1224-000 | 547.37 | | 272,488.77 |
| 04/05/18 | 104 | MENCHACA & COMPANY | Claim #ACCT EXP / Filed: $61.75 / Dividend paid at 100.00% = $61.75 | 3420-000 | | 61.75 | 272,427.02 |
| 04/05/18 | 105 | MENCHACA & COMPANY | Claim #ACCT FEE / Filed: $26,425.00 / Dividend paid at 59.01% = $11,515.63 | 3410-000 | | 11,515.63 | 260,911.39 |
| 04/05/18 | 106 | LAW OFFICES OF ROBERT ARONSON | Claim #ATTY EXP / Filed: $4,049.88 / Dividend paid at 100.00% = $4,049.88 | 3220-000 | | 4,049.88 | 256,861.51 |
| 04/05/18 | 107 | LAW OFFICES OF ROBERT ARONSON | Claim #ATTY FEE / Filed: $408,710.49 / Dividend paid at 45.34% = $75,443.80 | 3210-000 | | 75,443.80 | 181,417.71 |
| 04/05/18 | 108 | Jeffrey L. Sumpter | Claim #CNSLT EXP / Filed: $161.13 / Dividend paid at 100.00% = $161.13 | 3732-000 | | 161.13 | 181,256.58 |
| 04/05/18 | 109 | Jeffrey L. Sumpter | Claim #CNSLT FEE / Filed: | 3731-000 | | 37,720.78 | 143,535.80 |

| | | | **Page Subtotals:** | | **$3,545.37** | **$129,116.70** | |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

Exhibit 9
Page: 5

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 2:14-bk-25908-BB | |
| **Case Name:** | SANOHO DEVELOPMENT, LLC | |
| **Taxpayer ID #:** | **-***1143 | |
| **For Period Ending:** | 09/04/2018 | |

| | |
|---|---|
| **Trustee Name:** | Wesley H. Avery (001270) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******2966 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | $155,182.00 / Dividend paid at 65.35% = $37,720.78 | | | | |
| 04/05/18 | 110 | United States Bankruptcy Court | Claim #COURT / Filed: $350.00 / Dividend paid at 100.00% = $350.00 | 2700-000 | | 350.00 | 143,185.80 |
| 04/05/18 | 111 | Wesley Avery | Combined trustee compensation & expense dividend payments. | | | 132,538.22 | 10,647.58 |
| | | | Claims Distribution - Tue, 01-23-2018      $132,284.09 | 2100-000 | | | 10,647.58 |
| | | | Claims Distribution - Tue, 01-23-2018      $254.13 | 2200-000 | | | 10,647.58 |
| 04/05/18 | 112 | FRANCHISE TAX BOARD | Claim #14-3 / Filed: $2,698.29 / Dividend paid at 100.00% = $2,698.29 | 2820-000 | | 2,698.29 | 7,949.29 |
| 04/05/18 | 113 | City of Los Angeles Office of FinanceLos Angeles City Attorney's Office Attn: Wendy Loo | Claim #5P-1 / Filed: $1,225.70 / Dividend paid at 91.89% = $1,126.32 | 5800-000 | | 1,126.32 | 6,822.97 |
| 04/05/18 | 114 | Kevin and Loredana Cardwell | Claim #6P-1 / Filed: $2,775.00 / Dividend paid at 91.89% = $2,550.00 Stopped on 07/03/2018 | 5600-000 | | 2,550.00 | 4,272.97 |
| 04/05/18 | 115 | FRANK & NICOLE TORTORICI | Claim #11-1 / Filed: $2,500.00 / Dividend paid at 91.89% = $2,297.30 | 5600-000 | | 2,297.30 | 1,975.67 |
| 04/05/18 | 116 | DOUG VANNI & MAX ELI | Claim #12-1 / Filed: $2,150.00 / Dividend paid at 91.89% = $1,975.67 | 5600-000 | | 1,975.67 | 0.00 |
| 07/03/18 | 114 | Kevin and Loredana Cardwell | Claim #6P-1 / Filed: $2,775.00 / Dividend paid at 91.89% = $2,550.00 Stopped: check issued on 04/05/2018 | 5600-000 | | -2,550.00 | 2,550.00 |
| 07/05/18 | 117 | Kevin and Loredana Cardwell | Claim #6P-1 / Filed: $2,775.00 / Dividend paid at 91.89% = $2,550.00 **Re-Issued Check** | 5600-000 | | 2,550.00 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 273,880.66 | 273,880.66 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | 273,880.66 | 273,880.66 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $273,880.66 | $273,880.66 | |

## Form 2

### Cash Receipts And Disbursements Record

Exhibit 9
Page:  6

| | | | |
|---|---|---|---|
| **Case No.:** | 2:14-bk-25908-BB | **Trustee Name:** | Wesley H. Avery (001270) |
| **Case Name:** | SANOHO DEVELOPMENT, LLC | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***1143 | **Account #:** | ******2966 Checking Account |
| **For Period Ending:** | 09/04/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $273,880.66 |
| Plus Gross Adjustments: | $6,006,271.10 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $6,280,151.76 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2966 Checking Account | $273,880.66 | $273,880.66 | $0.00 |
| | **$273,880.66** | **$273,880.66** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)